

NUMBER 13-17-00529-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI – EDINBURG

ASHLEY ROY,                                                              Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

On appeal from the 105th District Court
of Nueces County, Texas

## ORDER ABATING APPEAL

Before Justices Rodriguez, Benavides, and Longoria
Order Per Curiam

This matter is before the Court because the reporter's record has not been filed. The clerk's record was filed on September 27, 2017. On October 6, 2017, the Clerk of the Court notified appellant's appointed counsel he had failed to request the reporter's record and requested that he forward proof of compliance to the Court within ten days. Counsel has failed to file a response and the reporter's record has not been filed.

This situation requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights.   *See* TEX. R. APP. P. 37.3(a)(2).   Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine:   (1) whether appellant desires to prosecute this appeal; (2) whether appellant is indigent; (3) whether appellant is entitled to a free appellate record and appointed counsel due to his indigency; and (4) what steps are necessary to ensure the prompt preparation of a complete reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record.   Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared.   The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
27th day of October, 2017.